**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE DIAZ LAZARIT, | No. 08-70358 |
| Petitioner, | Agency No. A095-640-782 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 10, 2010[**]

Before:     LEAVY, HAWKINS, and IKUTA, Circuit Judges.

Jose Diaz Lazarit, a native and citizen of Mexico, petitions for review of the
Board of Immigration Appeals' ("BIA") order affirming an immigration judge's
("IJ") decision pretermitting his application for adjustment of status. We dismiss
the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review Diaz Lazarit's contention that he was deprived of his right to counsel before the IJ because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (noting that due process challenges that are "procedural in nature" must be exhausted).

**PETITION FOR REVIEW DISMISSED.**

08-70358